# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | |
| Plaintiffs, | Case No. 1:21CV00032 |
| v. | **JUDGMENT** |
| WALGREEN CO., | JUDGE JAMES P. JONES |
| Defendant. | |

A Motion to Dismiss having been granted, judgment is entered in favor of the defendant, Walgreen Co.

The Clerk is directed to close the case.

ENTER: December 2, 2021

/s/ JAMES P. JONES
Senior United States District Judge