IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No.:  1:21-cv-00032 |
| | : | |
| WALGREEN CO., | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

The United States of America, by counsel, hereby gives notice, pursuant to Federal Rule of Appellate Procedure 4(a), that it is appealing this Court's opinion and order entered on December 3, 2021 (Doc. 32), judgment entered on December 3, 2021 (Doc. 33), and opinion and order entered on March 3, 2022 (Doc. 49), to the United States Court of Appeals for the Fourth Circuit.  *See* Fed. R. App. P. 4(a)(4).

Respectfully submitted this 1st day of May 2022.

Respectfully submitted,

CHRISTOPHER R. KAVANUGH
UNITED STATES ATTORNEY

*/s/ Justin M. Lugar*
Justin M. Lugar
Virginia State Bar No. 77007
Assistant United States Attorney
United States Attorney's Office
310 First Street, S.W., Room 906
Roanoke, Virginia 24011
(540)857-2250
Justin.Lugar@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF System, which will send notification of this Notice to Counsel for the Defendant.

                                        s/ *Justin M. Lugar*
                                        Assistant United States Attorney