FILED: May 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1491 (L)
(1:21-cv-00032-JPJ-PMS)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

 and

COMMONWEALTH OF VIRGINIA

        Plaintiff

v.

WALGREEN CO.

        Defendant - Appellee

_____

No. 22-1492
(1:21-cv-00032-JPJ-PMS)

_____

COMMONWEALTH OF VIRGINIA

        Plaintiff - Appellant

 and

UNITED STATES OF AMERICA

        Plaintiff

v.

WALGREEN CO.

        Defendant - Appellee

———————————

O R D E R

———————————

The court consolidates Case No. 22-1491 and Case No. 22-1492. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>